1  PHILLIP A. TALBERT
United States Attorney
2  MATTHEW M. YELOVICH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            CASE NO.  2:16-CR-00214 MCE

12 |                 Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |        v.                            ORDER

14 | NIVE HAGAY,                          DATE: February 23, 2017
                                          TIME: 10:00 a.m.
15 |                 Defendant.           COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on February 23, 2017.

21        2.      By this stipulation, defendant now moves to continue the status conference until March

22 23, 2017, and to exclude time between February 23, 2017, and March 23, 2017, under Local Code T4.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24               a)      The government has represented that the discovery associated with this case

25 includes over 3,000 pages of discovery consisting of reports, affidavits, bank and business

26 records, and other investigative documents, as well as at least 14 disks comprising audio/visual

27 materials.  All of this discovery has been either produced directly to counsel and/or made

28 available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

b)       Counsel for defendant desires additional time consult with his client, review the current charges and discovery, conduct investigation and research regarding a potential affirmative defense to one of the charges, and to otherwise prepare a defense at trial.

c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)       The government does not object to the continuance.

e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 23, 2017 to March 23, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1         4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED.

5  Dated:  February 21, 2017               PHILLIP A. TALBERT

6                                   United States Attorney

7                                /s/ MATTHEW M. YELOVICH

8                                MATTHEW M. YELOVICH

                                  Assistant United States Attorney

9

10  Dated:  February 21, 2017               /s/ ALAN EISNER

                                  ALAN EISNER

11                                MICHAEL CAVALLUZZI

                                  Counsel for Defendant

12                                NIVE HAGAY

13                          **ORDER**

14         IT IS SO ORDERED.

15  Dated:  February 22, 2017

16

17                                MORRISON C. ENGLAND, JR.

18                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28