PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NIVE HAGAY,<br><br>    Defendant. | 2:16-CR-00214-MCE<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Nive Hagay, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 1955(d), 21 U.S.C. § 853(a) and 28 U.S.C. § 2461(c), defendant Nive Hagay's interest in the following assets shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately $50,000.00 in U.S. Currency;

    b. Approximately $8,858.00 in U.S. Currency;

    c. 2010 Aston Martin Rapide, VIN: SCFHDDAJ8AAF00073, California License Number: 7LOR681;

    d. 2016 Mercedes Benz AMG GT, VIN: WDDYJ7JA9GA004025, California License Number: 7SWC394;

    e. 2012 Ducati Tesatastretta Model 996 Motorcycle, VIN: ZDM11BMVZCB010593, California License Number: 20T9293;

  f. 2014 Ducati Panigale Model 899 Motorcycle, VIN: ZDM14BUWXEB019660, California License Number: 20W9695;

  g. 2016 Ducati XDiavel Motorcycle, VIN: ADM13BKWIGB001167, California License Number: 22N7287;

  h. Approximately $3,893.11 seized from Wells Fargo Bank Account Number 8283424383,

  i. Approximately $533.09 seized from Wells Fargo Bank Account Number 2284000250.

  j. Approximately $159,000.00 seized from Citibank Account Number 42013886587;

  k. One Wells Fargo Bank cashier's check number 7299401370 issued on October 20, 2016, from Wells Fargo Bank Account Number 8283424383, payable to Platinum Transportation Group in the amount of $91,000.00;

  l. Approximately $2,921.17 in U.S. Currency (coins) seized on November 4, 2016, from a Dodge Caravan operated by the defendant; and

  m. Approximately $3,045.00 in U.S. Currency seized from video slot machines operated by the defendant.

2. The above-listed property constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violations of 18 U.S.C. § 1955(a) and 21 U.S.C. § 841(a)(1).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C.§ 982(b)(1) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

2

Preliminary Order of Forfeiture

first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: May 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE