1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
## IN THE UNITED STATES DISTRICT COURT
9
### EASTERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00214 MCE |
|---|---|---|
| 12 | Plaintiff, | STIPULATION REGARDING CONTINUING SENTENCING; ORDER |
| 13 | v. | |
| 14 | NIVE HAGAY, | DATE: August 31, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| 15 | Defendant. | |

16
17                                    **STIPULATION**

18    Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19 through defendant's counsel of record, hereby stipulate as follows:
20    1.    By previous minute order, this matter was reset for sentencing on August 31, 2017.
21    2.    By this stipulation, defendant now moves to continue sentencing from August 31, 2017 to
22 September 14, 2017. The government does not object to the requested continuance.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

3. The parties agree and stipulate that this continuance will assure continuity of counsel and provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: August 1, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: August 1, 2017

/s/ ALAN EISNER
ALAN EISNER
MICHAEL CAVALLUZZI
Counsel for Defendant
NIVE HAGAY

**ORDER**

IT IS SO ORDERED.

Dated: August 7, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE