PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00214-MCE |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| NIVE HAGAY, | |
| Defendant. | |

WHEREAS, on or about June 1, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Nive Hagay forfeiting to the United States the following property:

        a.    Approximately $50,000.00 in U.S. Currency;

        b.    Approximately $8,858.00 in U.S. Currency;

        c.    2010 Aston Martin Rapide, VIN: SCFHDDAJ8AAF00073, California License Number: 7LOR681;

        d.    2016 Mercedes Benz AMG GT, VIN: WDDYJ7JA9GA004025, California License Number: 7SWC394;

        e.    2012 Ducati Tesatastretta Model 996 Motorcycle, VIN: ZDM11BMVZCB010593, California License Number: 20T9293;

        f.    2014 Ducati Panigale Model 899 Motorcycle, VIN: ZDM14BUWXEB019660, California License Number: 20W9695;

g.  2016 Ducati XDiavel Motorcycle, VIN: ADM13BKWIGB001167, California License Number: 22N7287;

h.  Approximately $3,893.11 seized from Wells Fargo Bank Account Number 8283424383,

i.  Approximately $533.09 seized from Wells Fargo Bank Account Number 2284000250.

j.  Approximately $159,000.00 seized from Citibank Account Number 42013886587;

k.  One Wells Fargo Bank cashier's check number 7299401370 issued on October 20, 2016, from Wells Fargo Bank Account Number 8283424383, payable to Platinum Transportation Group in the amount of $91,000.00;

l.  Approximately $2,921.17 in U.S. Currency (coins) seized on November 4, 2016, from a Dodge Caravan operated by the defendant; and

m.  Approximately $3,045.00 in U.S. Currency seized from video slot machines operated by the defendant.

AND WHEREAS, beginning on June 2, 2017 and September 21, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Nive Hagay.

2.  All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

///

///

///

///

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: November 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE